EDGAR HOLMES, Appellant, *v.* THE FARMERS' JOINT STOCK INSURANCE COMPANY, Respondent.

(Argued September 19, 1876; decided November 14, 1876.)

*J. C. Cochrane* for the appellant.

*J. A. Stull* for the respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.